United States District Court
District of Columbia

United States District Court
Central District of California, Los Angeles Division, Civil Complaint No.:

Case: 1:17-cv-01558
Assigned To : Unassigned
Assign. Date : 7/21/2017
Description: Pro Se Gen. Civ. (F-DECK)

RECEIVED
JUL 13 2017

Jerome L. Grimes,
Plaintiff,
-v-

1. Officer, O'Neal #
2. Los Angeles County Sheriff's Dept.; (Malibu California Facility) Defendants.

I. Jurisdiction
1472, U.S.C.; 1983; 14th Amendment, U.S. Const.; supported by:
Heck -v- Humphrey, 512 U.S. 477 at: 487, paragraph: 4, lines: 3 and 9 (1994) and 14th Amendment, U.S. Constitution.

II. Plaintiff
P.O. Box 2433 Cedarville, CA. 32757
Malibu Jurisdiction: (218) 808-0306.

III. Defendant
Malibu City Sheriff's Sheriff Office,
Los Angeles County Sheriff's Department
Malibu, CA.

Loss Hill, CA Sheriffs with Station.

III. Causes of Action
Negligence and Subordinate Defendant's Supervisory Professional misconduct, commit, Her perjury, Trafficked, Citation for missions of Q Falsified by illegal suppress to submit evidence.

I. Previous Law suits

1. Jerome L. Grimes -v- Mr. Williams,
U.S. Dist. Ct., District of Kentucky #15-cv-____

SKILLS On 7/8 @ October 30, 2010 (10/30/10) Unjustifiable Banc. 66 1/3/187/8.
With Multi-Jurisdiction, In Concert State Actors. No Statutes of Limitation.
Halloween Eve; 2010
In Pro Se; Plaintiff On:
Terrorism Against Civilian
and "Covert Paramilitary With Terror Intent"
Invasion of Privacy
"Intimidation With Rights, U.S. Constitution"
2. Doors; 4th Amendment
Light Blue Factory color,
1994, Toyota, Tercel)
Private Property (Personal Property)
Siezure of Personal
"Illegal Search And
False Traffic Arrest
And Citation," 1983 (?)
Under 42 U.S.C. 1983"

2. Jerome L. Grimes -v- Officer O'Neal
U.S. Dist. Ct., Central Dist. of CA., Case # 10-cv-____
(09/11/10 Incident)

3. Jerome L. Grimes -v- Officer Johnson, et al.,
U.S. Dist. Ct., Northern Dist. of CA., Case #: C86-5203

VI. Remedy Exhausted: Yes.
VII. Relief Requested: $77,000.00
I declare under the penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Date: July 07, 2017

Jerome L. Grimes
Jerome L. Grimes,
Plaintiff, In Pro Se, Attorney

United States District Court
District of Columbia

United States District Court
Middle District of Florida
Orlando Division

Jerome L. Grimes,
Plaintiff,

Civil Complaint No.:

v.

1. Officer Edward Kelly, Jr. #___,
2. Orange County Sheriffs Office, Departments.

I. Jurisdiction
"42 U.S.C. 1983" and 4th Amendment Rights, False Arrest, and Illegal Search And Siezure, U.S. Constitution Ripe Tort, according to Heck -v.- Humphrey, 512 U.S. 477, at 484, Para: 1, Lines: 3-4, (1994).

II. Plaintiff
P.O. Box 2433, Eatonville, Florida 32751, (219) 808-0306. In Prose (multijurisdiction)

III. Defendants
Orange County Sheriffs Office, John Young Blvd., Orlando, Florida, Ocoee Sheriff Unit Station, (407) - ___, Supervisory Liability.

IV. Causes Of Action
Defendant failed supervisory duties to screen traffic officers (1) patrol car dashboard service issued (2) video surveillance security footage to be used in traffic stop traffic citation, and traffic arrest, Traffic Protest Court

V. Previous Lawsuits 6:15-cv-___ Jerome L. Grimes -v.- Edward Kelly, Jr. (U.S. District, Middle Dist. of Fla., Orl.

Under "42 U.S.C. 1983", "False Traffic Arrest And Citation", "Tampering With Video Surveillance Security (Dash Cam) Dashboard Camera Evidence", "Illegal Search And Siezure Of Personal Private Property Flash Drive Digital Storage Device With manuscript And Legal In Prose Confidential Mail Of Works-Of-Arts Briefs Legal In Nature, 4th Amendment Rights, U.S. Constitution", and "Intimidation With Invasion of Privacy With Terror Intent", as well as "Deliberate Indifference Professional Misconduct".

VI. Remedy Exhausted
Defendants #1 premeditated illegal false arrest professional misconduct by state actor already caused substantial financial harm

VII. Relief Requested
Damages: $187,000.00, which is a 1/3% of culpability of: $561,000.00 loss.

I declare under the penalty of perjury, under the laws of the United States of America that the foregoing is true and correct.

Dated: 07/07/17 Jerome L. Grimes JEROME L. GRIMES Plaintiff